**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

IRUM WARIS,

                       Plaintiff,

  -against-                                      23 **CIVIL** 9487 (JGLC)

                                                            **JUDGMENT**

RENA BITTER, Assistant Secretary for Consular
Affairs United States Department of State, et al.,

                     Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 28, 2024, the Government's motion to dismiss under Rule 12(b)(1) is DENIED, the motion to dismiss under Rule 12(b)(6) is GRANTED, and the case is dismissed without prejudice should the application remain pending to an unreasonable degree. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 1, 2024

                                                     **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                      **BY:**  _____

                                                 **Deputy Clerk**